UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
JOHN MAHONEY                            :
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED
                                        :
     VS                                 :   CIVIL ACTION
                                        :
DEL GROSSO'S AMUSEMENT PARK,            :   20-4247
INC.,                                   :
```

## O R D E R

**AND NOW,** this 4th   day of March, 2021, it appearing to this Court that an answer to the complaint has not been file and Plaintiff having been notified to file for Default and Default Judgment by February 25, 2021 or this matter shall be dismissed for lack of prosecution and still hearing no response from Plaintiff,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed for lack of prosecution.

**BY THE COURT:**

S/J. CURTIS JOYNER
**J. CURTIS JOYNER   J.**